The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE J. KINNUCAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL SECURITY AGENCY;<br>CENTRAL INTELLIGENCE AGENCY;<br>DEFENSE INTELLIGENCE AGENCY;<br>DEPARTMENT OF DEFENSE<br>　　　　Defendant. | Case No. 2:20-cv-1309 MJP<br><br>STATUS REPORT AND<br>STIPULATED MOTION AND ORDER |

Plaintiff filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA"), 5 USC § 552, against the Defendants seeking the disclosure of certain documents. The parties previously met and conferred and apprised the Court that they agreed that this FOIA matter constituted "an action for review on an administrative record" under Rule 26(a)(1)(B)(i), and is exempt from the initial disclosure requirements of Rule 26(a)(1), as well as from the requirements of Rule 26(f), requiring the parties to prepare a discovery plan. This Court subsequently issued a Minute Order allowing the parties to provide a status report by January 26, 2021.

At this time, consel for the parties are continuing to confer in good faith in an effort to discuss potential resolution of this action without motion practice. In order to provide the parties with additional time to continue these efforts, the parties jointly propose and agree that there is

STATUS REPORT AND STIPULATED MOTION
AND ORDER
2:20-cv-1309 MJP
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

good cause to provide this Court with a status update within 60 days regarding the status of these efforts and/or propose a stipulated briefing schedule if Court resolution is necessary.

IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

DATED this 26th day of January, 2021

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

s/ Caesar Kalinowski IV
CAESAR KALINOWSKI IV, WSBA #52650

s/ Allexia Arnold
ALLEXIA ARNOLD, WSBA #54902
920 5th Avenue, Suite 3300
Seattle, WA 98104-1610
Phone: (206) 622-3150
Fax: (206) 757-7700
E-mail: caesarkalinowski@dwt.com
Email: allexiaarnold@dwt.com

Thomas R. Burke*
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500
Fax: (415) 276-6599
E-mail: thomasburke@dwt.com
Attorneys for Plaintiff Michelle J. Kinnucan
*pro hac vice application forthcoming

Attorneys for Plaintiff Michelle J. Kinnucan

DATED this 26th day of January, 2021.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

s/ Katie D. Fairchild
KATIE D. FAIRCHILD, WSBA #47712
Assistant United States Attorney
United States Attorney's Office

STATUS REPORT AND STIPULATED MOTION
AND ORDER
2:20-cv-1309 MJP
PAGE – 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4358
Fax: 206-553-4067
Email: katie.fairchild@usdoj.gov

*Attorney for Federal Defendants*

STATUS REPORT AND STIPULATED MOTION
AND ORDER
2:20-cv-1309 MJP
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

**IT IS SO ORDERED**. Dated this 27th day of January, 2021

_____
MARSHA J. PECHMAN
United States District Judge

STATUS REPORT AND STIPULATED MOTION
AND ORDER
2:20-cv-1309 MJP
PAGE– 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970