UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE J. KINNUCAN, | CASE NO. C20-1309 MJP |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION FOR AN EXTENSION |
| v. | |
| NATIONAL SECURITY AGENCY, et al., | |
| Defendants. | |

This matter comes before the Court upon the Parties' Status Report and Stipulated Motion (Dkt. No. 13). Having reviewed the Motion and the related record, the Court GRANTS the Parties' Motion and allows the Parties an additional 60 days to continue to confer. However, this will be the Parties' final extension. If they are unable to come to an agreement, they must propose a briefing schedule within 60 days of the date of this Order.

//

//

//

ORDER GRANTING STIPULATED MOTION FOR AN EXTENSION - 1

1     The clerk is ordered to provide copies of this order to all counsel.

2     Dated March 30, 2021.

*[signature]*

Marsha J. Pechman
United States Senior District Judge