UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE J KINNUCAN,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL SECURITY AGENCY,<br><br>Defendant. | CASE NO. C20-1309 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court GRANTS the Parties' stipulated motion. (Dkt. No. 15.) The proposed briefing scheduled is adopted. The clerk is ordered to provide copies of this order to all counsel.

Filed June 29, 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk