The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE J. KINNUCAN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL SECURITY AGENCY;<br>CENTRAL INTELLIGENCE AGENCY;<br>DEFENSE INTELLIGENCE AGENCY;<br>DEPARTMENT OF DEFENSE,<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-1309 MJP<br><br>JOINT STIPULATION AND ORDER<br><br><br>**Noted for Consideration:  September 16, 2021** |

Plaintiff filed the above-captioned lawsuit under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, against the Defendants seeking the disclosure of certain documents.  The parties previously stipulated to a cross-motion briefing schedule, adopted by this Court.  *See* Dkt. 16. Due to an unexpected conflict for defense counsel, the parties jointly propose and stipulate that there is good cause to briefly extend the remaining cross-motion deadlines by one week. Therefore, the parties propose the following schedule for the remaining deadlines:

- Defendants will file their Cross-Motion for Summary Judgment and Opposition by October 1, 2021, limited to 24 pages.[1]

- Plaintiff will file her Opposition and Reply by October 15, 2021, limited to 15 pages.

---

[1] Proposed page limitations do not apply to exhibits or declarations.

JOINT STIPULATED MOTION
AND ORDER
2:20-cv-1309 MJP
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Defendants will file their Reply by October 29, 2021 limited to 15 pages.

IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

DATED this 16th day of September, 2021.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

*s/*  _____
CAESAR KALINOWSKI IV, WSBA #52650
ALLEXIA ARNOLD, WSBA #54902
920 5th Avenue, Suite 3300
Seattle, WA 98104-1610
Phone: (206) 622-3150
Fax: (206) 757-7700
E-mail: caesarkalinowski@dwt.com
Email: allexiaarnold@dwt.com

Thomas R. Burke*
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500
Fax: (415) 276-6599
E-mail: thomasburke@dwt.com
Attorneys for Plaintiff Michelle J. Kinnucan
**pro hac vice*

*Attorneys for Plaintiff Michelle J. Kinnucan*

JOINT STIPULATED MOTION
AND ORDER
2:20-cv-1309 MJP
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 16th day of September, 2021.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/*
KATIE D. FAIRCHILD, WSBA #47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Phone:  206-553-4358
Fax:  206-553-4067
Email:  katie.fairchild@usdoj.gov

*Attorney for Federal Defendants*

JOINT STIPULATED MOTION
AND ORDER
2:20-cv-1309 MJP
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

**IT IS SO ORDERED**.

Dated this 17th day of September, 2021.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

JOINT STIPULATED MOTION
AND ORDER
2:20-cv-1309 MJP
PAGE– 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970