The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE J. KINNUCAN,<br><br>                Plaintiff,<br><br>v.<br><br>NATIONAL SECURITY AGENCY;<br>CENTRAL INTELLIGENCE AGENCY;<br>DEFENSE INTELLIGENCE AGENCY;<br>DEPARTMENT OF DEFENSE<br><br>                Defendants. | Case No. 2:20-cv-001309 MJP<br><br>STIPULATION AND PARTIAL ORDER OF DISMISSAL<br><br>Noted for consideration: September 24, 2021 |

      The parties in the above captioned case have settled all of Plaintiff's claims against Defendant, Defense Intelligence Agency (DIA), and any claim against Defendant, Department of Defense (DOD) that is based on a Freedom of Information Act (FOIA) request to DIA. Now that these claims have been settled, the parties through their undersigned counsel and respective attorneys or record, now hereby stipulate to the dismissal with prejudice of DIA from the above-captioned action, and to the dismissal with prejudice of any claims against DOD based on allegations concerning a FOIA request to DIA in the above-captioned action.

//

//

//

STIPULATION AND ORDER OF DISMISSAL
2:20-cv-001309 MJP
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

DATED this 24th day of September, 2021

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

*s/ Casesar Kalinowski IV*
CAESAR KALINOWSKI IV, WSBA #52650
ALLEXIA ARNOLD, WSBA #54902
920 5th Avenue, Suite 3300
Seattle, WA 98104-1610
Phone: (206) 622-3150
Fax: (206) 757-7700
E-mail: caesarkalinowski@dwt.com
Email: allexiaarnold@dwt.com

Thomas R. Burke*
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500
Fax: (415) 276-6599
E-mail: thomasburke@dwt.com
Attorneys for Plaintiff Michelle J. Kinnucan
**pro hac vice*

*Attorneys for Plaintiff Michelle J. Kinnucan*

//
//
//
//
//
//
//
//
//
//
//
//

STIPULATION AND ORDER OF DISMISSAL
2:20-cv-001309 MJP
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  DATED this 24th day of September, 2021.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/ Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA #47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Phone:  206-553-4358
Fax:  206-553-4067
Email:  katie.fairchild@usdoj.gov

*Attorneys for Federal Defendants*

STIPULATION AND ORDER OF DISMISSAL
2:20-cv-001309 MJP
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

IT IS HEREBY ORDERED that Parties' Stipulation and Order for Partial Dismissal is GRANTED for the reasons set forth in the Stipulation.

Dated this 28th day of September, 2021.

*/s/ Marsha J. Pechman*

Marsha J. Pechman
United States Senior District Judge

STIPULATION AND ORDER OF DISMISSAL
2:20-cv-001309 MJP
PAGE– 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970