# Exhibit H

*Kinnucan v. NSA, et al.*, 2:20-CV-01309
Central Intelligence Agency *Vaughn* Index

| Entry No. | CADRE No. | Description of Document and Information Withheld | Date of Doc. | No. of Pages | RELEASE DECISION | Exemptions Cited |
|---|---|---|---|---|---|---|
| 1 | C01283097 | External Memorandum from Acting Legislative Counsel to DCIA re Response to Senator James Abourezk on the USS Liberty Incident. Exemption (b)(1) was asserted to protect classified intelligence methods and sources. Exemption (b)(3) Central Intelligence Agency Act of 1949 (CIAAct) was asserted to protect the names of Agency personnel. Exemption (b)(3) National Security Act of 1947 (NatSecAct) was asserted to protect intelligence methods and sources. Exemption (b)(6) was asserted to protect information that would constitute a clearly unwarranted invasion of personal privacy of the individuals involved. | 2/10/1978 | 3 | Released In Part (RIP) | (b)(1), (b)(3) CIAAct, (b)(3) NatSecAct, (b)(6) |
| 2 | C06883306 | Internal Intelligence Memorandum re Arab-Israeli Situation Report. Exemption (b)(1) was asserted to protect classified intelligence methods and source. Exemption (b)(3) NatSecAct was asserted to protect intelligence methods and sources, and controlled access and dissemination control markings. | 6/16/1967 | 5 | RIP | (b)(1), (b)(3) NatSecAct |
| 3 | C00431696 | Internal Intelligence Memorandum re Arab-Israeli Situation Report. Exemption (b)(1) was asserted to protect classified intelligence methods and sources. Exemption (b)(3) NatSecAct was asserted to protect foreign liaison information, intelligence methods and sources, and controlled access and dissemination control markings. | 6/8/1967 | 7 | RIP | (b)(1), (b)(3) NatSecAct |
| 4 | C00431695 | Internal Intelligence Memorandum re Arab-Israeli Situation Report. Exemption (b)(1) was asserted to protect classified intelligence methods and sources. Exemption (b)(3) NatSecAct was asserted to protect intelligence methods and sources, and controlled access and dissemination control markings. | 6/8/1967 | 5 | RIP | (b)(1), (b)(3) CIAAct, (b)(3) NatSecAct |
| 5 | C02412716 | Internal Intelligence Memorandum re Arab-Israeli Situation Report. Exemption (b)(1) was asserted to protect classified intelligence methods and sources. Exemption (b)(3) NatSecAct was asserted to protect foreign liaison information, intelligence methods and sources, and controlled access and dissemination control markings. | 6/14/1967 | 7 | RIP | (b)(1), (b)(3) NatSecAct |
| 6 | C06883307 | Internal Intelligence Memorandum re Arab-Israeli Situation Report. Exemption (b)(1) was asserted to protect classified intelligence methods and sources. Exemption (b)(3) NatSecAct was asserted to protect foreign liaison information, intelligence methods and sources, and controlled access and dissemination control markings. | 6/8/1967 | 3 | RIP | (b)(1), (b)(3) NatSecAct |
| 7 | C03006071 | Internal Intelligence Memorandum re the Israeli Attack on the USS Liberty. Exemption (b)(3) NatSecAct was asserted to protect controlled access and dissemination control markings. | 6/13/1967 | 5 | RIP | (b)(3) NatSecAct |

| Entry No. | CADRE No. | Description of Document and Information Withheld | Date of Doc. | No. of Pages | RELEASE DECISION | Exemptions Cited |
|---|---|---|---|---|---|---|
| 8 | C03030912 | Central Intelligence Bulletin re Updates on various countries and activities. Exemption (b)(1) was asserted to protect classified intelligence methods and sources. Exemption (b)(3) CIAAct was asserted to protect organization information of Agency personnel. Exemption (b)(3) NatSecAct was asserted to protect foreign liaison information, intelligence methods and sources, and controlled access and dissemination control markings. Exemption (b)(3) National Security Agency Act (50 U.S.C. 3605) was asserted to protect information concerning NSA intelligence activities and capabilities. | 6/15/1967 | 15 | RIP | (b)(1), (b)(3) CIAAct, (b)(3) NatSecAct, (b)(3) 50 U.S.C. 3605 |
| 9 | C00431707 | Internal Intelligence Memorandum re Arab-Israeli Situation Report. Exemption (b)(1) was asserted to protect classified intelligence methods and sources. Exemption (b)(3) NatSecAct was asserted to protect foreign liaison information, intelligence methods and sources, and controlled access and dissemination control markings. | Undated | 7 | RIP | (b)(1), (b)(3) NatSecAct |
| 10 | C01218180 | Internal Intelligence Memorandum re the Israeli Attack on the USS Liberty. Exemption (b)(3) CIAAct was asserted to protect organization information of Agency personnel. Exemption (b)(3) NatSecAct was asserted to protect controlled access and dissemination control markings. | 6/13/1967 | 15 | RIP | (b)(3) CIAAct, (b)(3) NatSecAct |
| 11 | C031711947 | Internal Document Prepared for the Purpose of Providing a Briefing on Several Topics. Exemption (b)(1) was asserted to protect classified intelligence methods and sources. Exemption (b)(3)NatSecAct was asserted to protect foreign liaison information, intelligence methods and sources, controlled access and dissemination control markings, and locations of Agency stations or bases. The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released. This document is withheld in full because there is no meaningful, non-exempt information and release of this information could be reasonably expected to result in damage to national security. | 7/20/1967 | 94 | Denied in Full (DIF) | (b)(1), (b)(3) NatSecAct |
| 12 | C02901016 | Internal Document Prepared for the Purpose of Providing a Briefing on Several Topics. Exemption (b)(1) was asserted to protect classified intelligence methods and sources. Exemption (b)(3) NatSecAct was asserted to protect foreign liaison information, intelligence methods and sources, controlled access and dissemination control markings, and locations of Agency stations or bases. The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released. This document is withheld in full because there is no meaningful, non-exempt information and release of this information could be reasonably expected to result in damage to national security. | 6/28/1967 | 70 | DIF | (b)(1), (b)(3) NatSecAct |

| Entry No. | CADRE No. | Description of Document and Information Withheld | Date of Doc. | No. of Pages | RELEASE DECISION | Exemptions Cited |
|---|---|---|---|---|---|---|
| 13 | C03006070 | Internal Analytical Work Product. Exemption (b)(1) was asserted to protect classified intelligence methods and sources. Exemption (b)(3) CIAAct was asserted to protect organization information of Agency personnel. Exemption (b)(3) NatSecAct was asserted to protect foreign liaison information, intelligence methods and sources, controlled access and dissemination control markings, and locations of Agency stations or bases. The CIA conducted a line-by-line review of this document to determine whether meaningful, reasonably segregable, non-exempt portions of the document could be released. This document is withheld in full because there is no meaningful, non-exempt information and release of this information could be reasonably expected to result in damage to national security. | 6/12/1967 | 9 | DIF | (b)(1), (b)(3) CIAAct, (b)(3) NatSecAct |
| 14 | C01218179 | Internal Intelligence Memorandum re the Israeli Statement on the Attack on the USS Liberty. Exemption (b)(3) NatSecAct was asserted to protect controlled access and dissemination control markings. | 6/21/1967 | 4 | RIP | (b)(3) NatSecAct |
| 15 | C01283098 | DCIA Letter to Senator James Abourezk re Israeli Attack on USS Liberty. Exemption (b)(3) CIAAct was asserted to protect the names and organization information of Agency personnel. Exemption (b)(6) was asserted to protect information that would constitute a clearly unwarranted invasion of personal privacy of the individuals involved. | 2/27/1978 | 3 | RIP | (b)(3) CIAAct, (b)(6) |