The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE J. KINNUCAN,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, CENTRAL INTELLIGENCE AGENCY, AND DEPARTMENT OF DEFENSE,<br><br>Defendants. | Case No. 2:20-cv-1309 MJP<br><br>DECLARATION OF FORMER CONGRESSMAN PAUL N. "PETE" MCCLOSKEY, JR. IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

I, Paul N. "Pete" McCloskey, Jr., declare as follows:

1. I am over the age of 21 years old and have personal knowledge of the facts in this declaration. I make this declaration in support of Plaintiff's Motion for Summary Judgment and could testify competently to the same. A true and correct copy of my professional resume and CV is attached as **Exhibit A**.

2. I previously represented California's 11th, 12th, and 17th congressional districts in the U.S. House of Representatives from 1967 to 1983, and served on various House Committees including those on Judiciary, Missing in Action (MIA), Government Operations, and Merchant Marine and Fisheries. On the Government Operations Committee, I served 15 years on the Subcommittee on Government Information, which was the primary actor in enacting in the 1974 amendments to the Freedom of Information Act ("FOIA"). Since 1945, I have served, in either a military or civilian capacity, under ten Presidents including Presidents

Truman, Eisenhower, Kennedy, Johnson, Nixon, Ford, Carter, Reagan, George H.W. Bush, and Clinton.

3. In the spring of 1971, I received a copy of the Pentagon Papers from a former Marine, Daniel Ellsberg, and told Secretary of Defense Melvin Laird that I would deliver the Pentagon Papers to the Government Operations Committee on June 15, 1971 if he did not provide us a copy. This was made unnecessary when the New York Times published the first installment prior to June 15. I later testified in the Daniel Ellsberg trial that a substantial portion of the Papers could not have been used to the injury of the United States or the advantage of a foreign nation, notwithstanding assertions by US intelligence agencies to the contrary. *See* https://www.nytimes.com/1973/03/03/archives/ellsberg-trial-hears-mcloskey-representative-aids-basic-contention.html. In 1979, I challenged the Federal Bureau of Investigations over its failure to release documents concerning the agency's COINTELPRO activities against Geronimo Pratt.

4. I was part of the team of lawmakers that led and passed the 1974 Amendments to FOIA, which were enacted over a presidential veto. See Public Law 93-502, H.R. 12471, 93rd Congress (Nov. 21, 1974), available at https://www.justice.gov/oip/1974-amendments-freedom-information-act. I later co-sponsored several other bills pertaining to freedom of information, including at least one bill that would have applied the requirements of FOIA to Congress. *See* H.R. 6334, 97th Congress (May 10, 1982), available at https://www.congress.gov/bill/97th-congress/house-bill/6334?s=6&r=7. I was qualified as an expert witness in two federal cases on government concealment or deception in relevant communications in the Vietnam War; the first being *United States v. Daniel Ellsberg*, relating to the Pentagon Papers, and the second in *Westmoreland v. CBS*, regarding the numerical strength of enemy Viet Cong forces.

5. In 1989, I co-founded the Council for the National Interest, a non-profit, non-partisan organization that works for "Middle East policies that serve the American national interest." *See* https://councilforthenationalinterest.org/whoweare/. That same year, I was

appointed by President George H. W. Bush to serve on his Commission on National and Community Service, confirmed by the Senate, and elected Chairman of the Commission and so served until 1992 when President Clinton was elected. In 2000, I was requested by Secretary of Defense William Cohen to serve as a member of his Advisory Committee in the presidentially-ordered investigation of No Gun Ri massacre of South Korean civilians in August, 1950, by members of the 7th Cavalry Regiment of the United States Army, which reported the truth of the South Korean civilian survivors' contentions that U.S. soldiers had killed several hundred South Korean old men, women, and children. In that case, like here, the Defense Department had classified and concealed from public knowledge for fifty years—under the guise of protecting national security—a series of communications that confirmed the massacre had occurred.

6. Since leaving Congress in January of 1983, I have acted in a pro bono capacity in providing legal advice and services to the survivors of the attack on the U.S.S. *Liberty* seeking a formal investigation of the June 8, 1967 attack. I was told personally by Admiral Tom Moorer (Chief of Naval Operations and later Chairman of the Joint Chiefs of Staff), and a former Israeli defector from the Israeli Defense Force (IDF) and Mossad, that the attack was knowing and deliberate. *See* https://kkfi.org/program-episodes/1967-israeli-attack-uss-liberty-kansas-city-missouri-public-schools/; https://ifamericansknew.org/us_ints/ul-ennes.html; https://www.chron.com/opinion/outlook/article/Betrayal-behind-Israeli-attack-on-U-S-ship-1493153.php. In the fall of 1991, I became aware of the existence of secret NSA tapes obtained thought aerial interception of a conversation between an Israeli fighter pilot and his ground controller in Tel Aviv wherein the pilot radioed "It's an American ship," as he sighted the U.S.S. *Liberty* fifteen miles off the Israel-Egyptian coast on June 8, 1967.

7. In June of 1991, I helped arrange an invitation from President Bush to the surviving Liberty crew members at their June 8th reunion. I was present in the White House Rose Garden when the President's Chief of Staff, John Sununu, and National Security Advisor Brent Scowcroft met with and complimented the individual crew members. That evening, at

the survivors' dinner, a Navy Admiral read to the crew members the Presidential Unit Citation which had been awarded by President Johnson but never presented to the ship's crew. I was present at the dinner where retired Navy Captain Joseph Tully, who had commanded the carrier U.S.S. *Saratoga* on June 8, 1967, publicly apologized to the crew members and told them he had regretted all his life that after he had twice launched fighter aircraft to go to the *Liberty*'s assistance, he had obeyed the orders from Secretary McNamara to recall the planes. https://www.jta.org/archive/questions-surround-ceremony-for-survivors-of-uss-liberty. I have remained in personal contact with many of the *Liberty* survivors between 1991 and the present time, and am informed and believe that there are approximately 150 U.S. Navy and NSA veterans of the attack who are still alive, all men who are in their seventies, eighties and nineties. https://www.honorlibertyvets.org/about.html.

8. By virtue of my combat experiences in the Marine Corps, as an eight-term Congressman, and through services to the U.S.S. *Liberty* Veterans Association, I have regularly interacted with the survivors of the attack and their family members since 1983. Notwithstanding any claims by U.S. intelligences services regarding a lack of significant public interest in the circumstances of the attack, I can attest that the survivors, news organizations, historians, both civilian and military, and the general public have been increasingly interested as new facts are uncovered regarding (1) what happened during the attack, (2) follow-on investigative efforts by the U.S. and Israeli governments to identify the cause(s) of the attack, and (3) whether the U.S. has long concealed information regarding the purportedly deliberate nature of Israel's actions.

9. I have also examined the government's Declaration in Opposition to Plaintiff's Motion for Summary Judgment, but can conceive of no possible legitimate reason to keep any communications or memoranda to or from these agencies arising from the June 1967 attack from the knowledge of the public, which would be necessary to protect national security at the present time. The sources and methods of intelligence gathering in June of 1967 are well known to the public at the present time as a result of the recent surge of books and articles

about the sudden attack by Israeli aircraft and torpedo boats on the U.S.S. *Liberty*. This has been particularly true since the publication of the statements by former Secretary of State Dean Rusk, CIA Director Richard Helms, and NSA Director Marshall Carter, asserting that they believe that the attack was deliberately made with the knowledge that the U.S.S. *Liberty* was a flagged U.S. naval vessel.

10. During the past year in particular, I have noted at every level of the public and government, a hugely increased desire for the public revelation by government agencies of information that bureaucrats have claimed would endanger the national security. This public awareness and interest has substantially increased as a result of the continuing declassification and publication of the Nixon tapes which has occurred during the past few years.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 15, 2021, in Winters, California.

Paul N. "Pete" McCloskey Jr.
Rep. Pete McCloskey, Jr.
California State Bar #24541

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 15th day of October, 2021.

By s/ *Caesar Kalinowski IV*
Caesar Kalinowski IV, WSBA #52650

# EXHIBIT A

Paul N. "Pete" McCloskey, Jr.
State Bar #24541
123 Russell Street
Winters, CA 95694
650-454-4425
rumseyfarm@aol.com

January 1, 2021

**C.V. and Resume**

Mr. McCloskey, an attorney specializing in condemnation and environmental litigation, has been Of Counsel since 2008 with the Burlingame law firm of Cotchett, Pitre & McCarthy. For many years, the senior partners, Joe Cotchett, Frank Pitre and Neall McCarthy, have been routinely recognized as among the top ten trial lawyers in California.

Mr. McCloskey was first admitted to practice in 1953. He served as a Deputy District Attorney in Alameda County, California before opening his own office in Palo Alto in 1956. He founded the firm of McCloskey, Wilson & Mosher in l958, which, after his election to Congress in 1967, evolved into the present 600-member Palo Alto firm of Wilson, Sonsini, Goodrich & Rosati. He was also a partner with Lewis H. Butler, of Butler & McCloskey, which formed in 1963 to handle only environmental cases. The firm engaged in successful actions to prevent the further filling of San Francisco Bay, the damming of the Eel River at Covelo, and the destruction of the historic town of Volcano to build a cement factory.

Mr. McCloskey has tried over 100 jury trials. In the landmark case of Contra Costa Water District vs. Kent, he obtained a verdict of $9.3 million, over 3 and 1/2 times the condemnor's offer. The verdict was upheld on appeal. In l965, as Special Counsel for the Town of Woodside, he was successful in the 9th Circuit Court of Appeals in preventing the Atomic Energy Commission from building an overhead power line through the Town to serve the Stanford Linear Accelerator. Congress enacted a special law to override the decision four months later, but President Johnson signed the bill into law only on the condition requested by his wife, Ladybird Johnson, that no swath of trees be cut under the line, that it be installed by helicopter on green poles instead of steel towers and that it be kept off the horizon behind the University.

Mr. McCloskey attended South Pasadena High School, graduating in June, 1945, and enlisting in the U.S. Navy. Discharged in late1946, he worked his way through Stanford University as a garbage collector, laborer, hod carrier, athletic coach and law librarian, graduating from Stanford Law School in June, 1953.

2.

He served as President of the Palo Alto Bar Association (1960), President of the Conference of Barristers of the State Bar (1961) and as Trustee of the Santa Clara Bar Association (1964-1967). He has taught Legal Ethics and Political Science at both Stanford University and the University of Santa Clara Law Schools, and has also lectured on constitutional law and military ethics at the Army War College at Carlisle, Pennsylvania, and the Marine Corps Staff College at Quantico, Virginia.

He has served as a Trustee for the Monterey Institute of International Studies, the Population Action Institute, the U.S. Marine Corps Academy in Harlingen, Texas, and, with his wife, Helen, served on the Advisory Board to the American Land Conservancy.

Mr. McCloskey was elected to the House of Representatives in a special election in 1967, and re-elected seven times, representing the San Francisco Peninsula area, including Silicon Valley.

He served six years as Congressional Delegate to the International Whaling Conference, and as Congressional Advisor to the Law of the Sea Treaty Delegation under Chairmen John Stevenson and Elliot Richardson.

Mr. McCloskey served, with Senator Gaylord Nelson, as Co-Chair of the first Earth Day in 1970. He initiated the successful effort to repeal the Gulf of Tonkin Resolution, effective in January, 1971. He ran for the Republican nomination for the Presidency in 1972, challenging President Nixon's Viet Nam War policy, but received only one delegate to the Republican National Convention. On June 5, 1973 he made the first speech on the floor of the House, suggesting the impeachment of Nixon for obstruction of justice. In 1982 he was defeated for the Republican Senate nomination by Pete Wilson, and retired to the private practice of law in Northern California.

He was appointed by President George H.W. Bush to the U.S. Commission on National and Community Service in 1990, confirmed by the Senate, and elected as the first Chairman of the Commission, serving until the election of President Clinton in 1992. The Commission's work led to the creation of Americorps by Congress in 1994.

In 1999 and 2000, he served on the Department of Defense Advisory Board for the investigation into the No Gun Ri massacre at the start of the Korean War in 1950, and was awarded the Secretary's Outstanding Public Service medal for this work.

3.

With Lewis Butler he organized The Revolt of the Elders in late 2004, to challenge the Republican House Leadership's action to change the ethics rules to protect then-Majority Leader Tom DeLay. The effort was joined by a number of other former Republican Congressmen and led to DeLay's resignation.

In 2006, at the age of 77, Mr. McCloskey challenged Congressman Richard Pombo in the Republican Primary in California's 11th Congressional District. His effort was unsuccessful but was credited with leading to Pombo's defeat in the general election by Democrat Jerry McNerney.

He has written six books, *The U.S. Constitution*, (BRL, 1961); *Truth and Untruth- Political Deceit in America* (Simon & Schuster, 1971); *The Taking of Hill 610*, (Eaglet Books, 1992); *A Year in a Marine Rifle Company*, (Eaglet Books, 2013); *An Honest Public Servant*: *A Brief Biography of Manuel Lujan* (Eaglet Books, 2018); and *The Story of the First Earth Day, 1970,* (Eaglet Books, 2020). He was also the chief editor of *Guide to Professional Conduct for the New Practitioner*, (State Bar, 1961).

Mr. McCloskey enlisted in the the Marine Corps Platoon Leader Program (PLC) in 1948, and served as a Marine rifle platoon leader in Korea in 1951, and was awarded the Navy Cross, Silver Star and two Purple Hearts. From 1953 to 1960, he commanded a Marine Reserve Rifle Company at San Bruno, California. As a reserve Lieutenant Colonel, he volunteered for service in Viet Nam in November, 1965, but was not called. He retired from the Marine Corps in 1974 with the rank of Colonel.

Mr. McCloskey is the 3rd in five generations of California practicing trial lawyers.