The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHELLE J. KINNUCAN,

Plaintiff,

v.

NATIONAL SECURITY AGENCY, CENTRAL INTELLIGENCE AGENCY, AND DEPARTMENT OF DEFENSE,

Defendants.

Case No. 2:20-cv-1309 MJP

DECLARATION OF LARRY BOWEN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

I, Larry L. Bowen, declare as follows:

1. I am over the age of 21 years old and have personal knowledge of the facts in this declaration, or have acquired this knowledge through records kept in the regular course of my association. I make this declaration in support of Plaintiff's Motion for Summary Judgment and could testify competently to the same.

2. I am a U.S. Navy veteran and survivor of the Israeli attack against the U.S.S. *Liberty* on June 8, 1967 (the "Incident"), a Purple Heart recipient for my service and wounds suffered during the Incident, and the current President and Board Director of the U.S.S. *Liberty* Veterans Association. *See* https://www.usslibertyveterans.org/contact.html#. As part of my advocacy on this issue, I regularly speak and testify in various forums and mediums about my experience on the day of the attack, the lack of investigation or transparency into the

circumstances of that attack, and the post-traumatic stress suffered as a result by myself and other survivors.[1]

3. In June 1982, fifteen years after the attack, surviving crewmembers from the U.S.S. *Liberty* reunited for the first time in Washington, D.C. At this reunion, the survivors and deceased service members' families resolved to form the U.S.S. *Liberty* Veterans Association. In particular, the Association was founded with the firm goals of finding all crew members, holding reunions, advancing proper recognition of Captain and crew (in particular those who lost their lives), obtaining a long-sought after Congressional investigation into the attack, and bringing the true story of the attack on the U.S.S. *Liberty* and her heroic crew to the awareness of the American people. *See* https://www.usslibertyveterans.org/statement_of_purpose.html.

4. Since that time, the Association and individual survivors like myself have adamantly pursued those goals. In particular, we have repeatedly sought the release of government documents relating to the 54 year-old attack, as well as congressional support for further investigation into whether the Israeli government had previously identified the U.S.-flagged ship before committing to the attack. Indeed, despite agency attempts to block information about the Incident from public release over the past half-century, the Association's members have assisted with providing information and testimony for a number of books, documentaries, and other private investigations into the events that transpired on June 8, 1967.

5. Based on my personal experiences and role in the Association, I can confirm that the victims of the Incident and their family members believe that the matter was insufficiently investigated or shielded from public scrutiny—especially aggravating when considering the involvement of an U.S. ally who killed 34 Americans and wounded at least 171 other service members like myself. In light of those survivors' beliefs and reported experiences that

[1] *See, e.g.*, https://www.youtube.com/watch?v=ZGb1cbn5I8g; https://www.michigandaily.com/campus-life/uss-liberty-survivor-shares-government-secrets-about-israel-social-media/; https://www.youtube.com/watch?v=rS1mJY1Wmqo.

contradict the U.S. government's official inquiry, the Incident has been the source of significant public interest and reporting.[2] The strength of that belief is confirmed through the Association's unaccepted offer, since March 1, 2004, to award $10,000 to any person who can establish support for the unfounded claim that "[a]fter ten official US investigations (including five congressional investigations), there was never any evidence that the attack was made with knowledge that the target was a US ship." *See* https://www.usslibertyveterans.org/10000challenge.html.

6. Furthermore, as part of the Association's goals and advocacy, it and its members continue to participate in inquiries with Ms. Kinnucan and other investigators that seek to uncover details about the Incident. Because the survivors of the 1967 attack are aging rapidly, there is an increased interest and desire to obtain the release of relevant documents, analyze them with individuals present during the Incident, and bring light to the public on the attack (and both governments' roles) before no survivors are alive to support and see the fruits of those efforts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 12, 2021, in Glen Burnie, Maryland.

Larry L. Bowen
Larry L. Bowen
U.S.S. *Liberty* Veterans Association, President
U.S.S. *Liberty* Incident Survivor

[2] *See, e.g.*, https://www.wrmea.org/uss-liberty-archive.html; James Scott, *The Spy Ship Left Out in the Cold*, Naval History Magazine (June 2017); Jay Cristol, *The Liberty Incident Revealed: The Definitive Account of the 1967 Israeli Attack on the U.S. Navy Spy Ship*, Naval Institute Press (2013); James Scott, *The Attack on the Liberty: The Untold Story of Israel's Deadly 1967 Assault on a U.S. Spy Ship*, Simon & Schuster (2009); James Ennes, Jr., *Assault on the Liberty: The True Story of the Israeli Attack on an American Intelligence Ship*, Random House (1987); James Bamford, *The Puzzle Palace*, Penguin Books (1982).

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 15th day of October, 2021.

By s/ *Caesar Kalinowski IV*
Caesar Kalinowski IV, WSBA #52650