The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE J. KINNUCAN,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL SECURITY AGENCY;<br>CENTRAL INTELLIGENCE AGENCY;<br>DEFENSE INTELLIGENCE AGENCY;<br>DEPARTMENT OF DEFENSE,<br><br>    Defendants. | Case No. 2:20-cv-1309-MJP<br><br>JOINT STIPULATION AND MOTION<br><br>NOTED FOR CONSIDERATION:<br>November 30, 2022 |

**JOINT STIPULATION AND MOTION**

The parties stipulate and agree that there is good cause to for a 7-day extension, from December 5, 2022 to December 12, 2022 for Defendants to provide the supplemental filing indicated in this this Court's Order, Dkt. 48. Counsel for Defendants currently is caring for an immediate family member in the hospital. Therefore, the parties stipulate that there is good cause for this Court to extend the current deadline from December 5, 2022 to December 12, 2022.

//

//

JOINT STIPULATION AND MOTION
2:20-cv-1309-MJP
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

2   DATED this 30th day of November, 2022.

| | |
|---|---|
| NICHOLAS W. BROWN<br>United States Attorney | DAVIS WRIGHT TREMAINE LLP |
| *s/ Katie D. Fairchild*<br>KATIE D. FAIRCHILD, WSBA # 47712<br>NICKOLAS BOHL, WSBA# 48978<br>Assistant United States Attorneys<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: katie.fairchild@usdoj.gov<br>Email: nickolas.bohl@usdoj.gov<br><br>*Attorneys for Defendants* | *s/ Caesar Kalinowski IV*<br>CAESAR KALINOWSKI IV, WSBA #52650<br>DAVID NORDLINGER, WSBA #59545<br>920 5th Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Phone: (206) 622-3150<br>Fax: (206) 757-7700<br>Email: caesarkalinowski@dwt.com<br>Email: davidnordlinger@dwt.com<br><br>Thomas R. Burke*<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111-6533<br>Telephone: (415) 276-6500<br>Fax: (415) 276-6599<br>Email: thomasburke@dwt.com<br>*pro hac vice<br><br>*Attorneys for Plaintiff Michelle J. Kinnucan* |

JOINT STIPULATION AND MOTION
2:20-cv-1309-MJP
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

**IT IS SO ORDERED**.

Dated this 2nd day of December, 2022.

MARSHA J. PECHMAN
United States Senior District Judge

JOINT STIPULATION AND MOTION
2:20-cv-1309-MJP
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970