# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MICHELLE J. KINNUCAN,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL SECURITY AGENCY; CENTRAL INTELLIGENCE AGENCY; DEFENSE INTELLIGENCE AGENCY; and DEPARTMENT OF DEFENSE,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C20-1309 MJP |

\_\_ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's Cross-Motion for Summary Judgment is DENIED; Defendants' Cross-Motion for Summary Judgment is GRANTED; and summary judgment is entered in Defendants' favor on all claims.

\\

\\

Dated July 31, 2023.

                                                              Ravi Subramanian
                                                              Clerk of Court

                                                              s/ Serge Bodnarchuk
                                                              Deputy Clerk