The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICHELLE J. KINNUCAN,<br><br>        Plaintiff,<br><br>      v.<br><br>NATIONAL SECURITY AGENCY, CENTRAL INTELLIGENCE AGENCY, AND DEPARTMENT OF DEFENSE,<br><br>        Defendants. | Case No. 2:20-cv-1309 MJP<br><br>**PARTIES' STIPULATED MOTION AND ORDER TO EXTEND FILING DEADLINE FOR PLAINTIFF'S MOTION FOR FEES AND COSTS**<br><br>NOTE ON MOTION CALENDAR:<br>August 10, 2023 |

PARTIES' STIPULATED MOTION FOR EXTENSION - 1
AND ORDER
(No. 2:20-cv-1309 MJP)

## STIPULATED MOTION

Pursuant to Local Civil Rule 7(j) and 10(g), Plaintiff Michelle Kinnucan ("Plaintiff") and Defendants National Security Agency, Department of Defense, and Central Intelligence Agency (collectively, "Defendants") move the Court for an order extending the time by which Plaintiff must file her motion for attorneys' fees and costs. Specifically, the Parties request a 60-day extension of the F.R.C.P. 54(d)(2)(B)(i) deadline as follows:

| Deadline | Current Date | Revised Date |
| --- | --- | --- |
| Motion for Fees and Costs | August 14, 2023 | October 13, 2023 |

There is good cause to extend this deadline because the parties are currently negotiating a potential resolution and settlement, which if successful, would obviate the need for expenditure of further litigant and judicial resources. Good cause also exists because there is no prejudice towards any party. Accordingly, the Parties respectfully request the Court grant this Motion.

IT IS SO STIPULATED, THROUGH PARTIES OF RECORD

I certify that this paper contains 143 words, in compliance with Local Civil Rule 7(e)(1).

DATED this 10th day of August, 2023.

TESSA M. GORMAN
Acting United States Attorney

By s/ Katie D. Fairchild
KATIE D. FAIRCHILD, WSBA #47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-4358
E-mail: katie.fairchild@usdoj.gov

*Attorney for Federal Defendants*

DAVIS WRIGHT TREMAINE LLP

By s/ Caesar Kalinowski IV
Caesar Kalinowski IV, WSBA #52650
920 5th Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
E-mail: caesarkalinowski@dwt.com

Thomas R. Burke (*pro hac vice*)
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500
E-mail: thomasburke@dwt.com

*Attorneys for Plaintiff Michelle J. Kinnucan*

PARTIES' STIPULATED MOTION FOR EXTENSION - 2
AND ORDER
(No. 2:20-cv-1309 MJP)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# ORDER

Having reviewed the Parties' Stipulated Motion, the Court finds good cause and GRANTS the Motion. The deadline by which Plaintiff must move for attorneys' fees and costs is October 13, 2023.

Dated this 11th day of August, 2023.

*[signature]*

MARSHA J. PECHMAN
United States Senior District Judge

ORDER - 3