The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE J. KINNUCAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL SECURITY AGENCY, CENTRAL INTELLIGENCE AGENCY, AND DEPARTMENT OF DEFENSE,<br><br>　　　　　Defendants. | Case No. 2:20-cv-1309 MJP<br><br>**PARTIES' STIPULATED MOTION AND ORDER TO EXTEND FILING DEADLINE FOR PLAINTIFF'S MOTION FOR FEES AND COSTS**<br><br>NOTE ON MOTION CALENDAR:<br>September 28, 2023 |

PARTIES' STIPULATED MOTION FOR EXTENSION - 1
AND [PROPOSED] ORDER
(No. 2:20-cv-1309 MJP)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**STIPULATED MOTION**

Pursuant to Local Civil Rule 7(j) and 10(g), Plaintiff Michelle Kinnucan ("Plaintiff") and Defendants National Security Agency, Department of Defense, and Central Intelligence Agency (collectively, "Defendants") move the Court for an order extending the time by which Plaintiff must file her motion for attorneys' fees and costs. Specifically, the Parties request an additional 60-day extension of the F.R.C.P. 54(d)(2)(B)(i) deadline as follows:

| Deadline | Current Date | Revised Date |
|---|---|---|
| Motion for Fees and Costs | October 13, 2023 | December 12, 2023 |

Thus far, Plaintiff submitted a settlement offer on August 10, 2023, which Defendants are still reviewing. Therefore, there is good cause to extend this deadline because the parties are still currently negotiating a potential resolution and settlement, which if successful, would obviate the need for expenditure of further litigant and judicial resources. Good cause also exists because there is no prejudice towards any party. Accordingly, the Parties respectfully request the Court grant this Motion.

IT IS SO STIPULATED, THROUGH PARTIES OF RECORD

I certify that this paper contains 162 words, in compliance with Local Civil Rule 7(e)(1).

DATED this 28th day of September, 2023.

TESSA M. GORMAN
Acting United States Attorney

By *s/ Katie Fairchild*
Katie D. Fairchild, WSBA No. 47712
Nickolas Bohl, WSBA No.48978
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-4358
E-mail: katie.fairchild@usdoj.gov
       nickolas.bohl@usdoj.gov
*Attorneys for Federal Defendants*

DAVIS WRIGHT TREMAINE LLP

By *s/Caesar Kalinowski*
Caesar Kalinowski IV, WSBA No. 52650
David Nordlinger (*pro hac vice*)
920 5th Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: (206) 622-3150
E-mail: caesarkalinowski@dwt.com
       davidnordlinger@dwt.com
Thomas R. Burke (*pro hac vice*)
505 Montgomery Street, Suite 800
San Francisco, CA  94111-6533
Telephone: (415) 276-6500
E-mail: thomasburke@dwt.com

*Attorneys for Plaintiff Michelle J. Kinnucan*

PARTIES' STIPULATED MOTION FOR EXTENSION - 2
AND [PROPOSED] ORDER
(No. 2:20-cv-1309 MJP)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

**IT IS SO ORDERED.**

Dated this 29th day of September, 2023.

MARSHA J. PECHMAN
United States Senior District Judge

[PROPOSED] ORDER - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax