The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICHELLE J. KINNUCAN, | Case No. 2:20-cv-1309-MJP |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT** |
| NATIONAL SECURITY AGENCY; CENTRAL INTELLIGENCE AGENCY; DEFENSE INTELLIGENCE AGENCY; DEPARTMENT OF DEFENSE, | |
| Defendants. | |

**JOINT STATUS REPORT**

Following their recent meet and confer, the parties provide the following joint status report and proposal for next steps following remand from the Ninth Circuit.

1. The remaining issue in this litigation is NSA's response to FOIA request 10637, as amended, requesting: "both volumes I and II of 'A report to the Committee on Appropriations – U.S. House of Representatives on the Effectiveness of the Worldwide Communications Systems and Networks of the DoD, U.S.S. Liberty Incident.'"

2. All claims against DIA and CIA have been resolved, including any request for

JOINT STATUS REPORT
2:20-cv-1309-MJP
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

attorneys' fees for these agencies.

3. Following remand from the Ninth Circuit, NSA is re-processing FOIA request 10637 and will provide a re-processed response to this FOIA request to Plaintiff by June 28, 2024.

4. Following receipt, the parties will meet and confer as needed and then either propose a briefing schedule to the Court or otherwise advise this Court regarding proposed next steps for resolution of this litigation by July 9, 2024. The parties propose to file a joint status report.

DATED this 7th day of June, 2024.

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | DAVIS WRIGHT TREMAINE LLP |
| *s/ Katie D. Fairchild*<br>KATIE D. FAIRCHILD, WSBA # 47712<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: katie.fairchild@usdoj.gov<br>Email: nickolas.bohl@usdoj.gov<br><br>*Attorneys for Defendants* | *s/ Caesar Kalinowski IV*<br>CAESAR KALINOWSKI IV, WSBA #52650<br>DAVID NORDLINGER, WSBA #59545<br>920 5th Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Phone: (206) 622-3150<br>Fax: (206) 757-7700<br>Email: caesarkalinowski@dwt.com<br>Email: davidnordlinger@dwt.com<br><br>Thomas R. Burke*<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111-6533<br>Telephone: (415) 276-6500<br>Fax: (415) 276-6599<br>Email: thomasburke@dwt.com<br>*pro hac vice*<br><br>*Attorneys for Plaintiff Michelle J. Kinnucan* |

JOINT STATUS REPORT
2:20-cv-1309-MJP
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970