|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 24 2024 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MICHELLE J. KINNUCAN,

    Plaintiff - Appellant,

 v.

NATIONAL SECURITY AGENCY, et al.;

    Defendants - Appellees,

------------------------------------

USS LIBERTY VETERANS ASSOCIATION,

    Amicus Curiae.

No. 23-2500

D.C. No. 2:20-cv-01309-MJP

Western District of Washington, Seattle

MANDATE

The judgment of this Court, entered April 30, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                   FOR THE COURT:

                                                 MOLLY C. DWYER<br>
                                                 CLERK OF COURT