The Honorable Marsha J. Pechman

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10   MICHELLE J. KINNUCAN,                      Case No. 2:20-cv-01309-MJP

11                            Plaintiff,        JOINT STATUS REPORT

12            v.

13   NATIONAL SECURITY AGENCY;
     CENTRAL INTELLIGENCE AGENCY;
14   DEFENSE INTELLIGENCE AGENCY;
     DEPARTMENT OF DEFENSE,

15                            Defendants.

16

17                                STATUS REPORT

18          Pursuant to the parties' previously filed joint status report, Dkt. 78, the parties provide the

19   following update and proposed briefing schedule. On June 24, 2024, the Ninth Circuit's mandate

20   issued in this case. *See* Dkt. 79. On June 28, 2024, NSA released to Plaintiff a re-processed

21   response to FOIA request 10637 and also made a discretionary release. NSA made an additional

22   discretionary release on July 8, 2024. NSA's re-processed response continues to determine that

23   the documents requested by Plaintiff, "volumes I and II of 'A Report to the Committee on

24   Appropriations – U.S. House of Representatives on the Effectiveness of the Worldwide

JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE
[Case No. 2:20-cv-01309-MJP] – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Communications Systems and Networks of the DoD, U.S.S. Liberty Incident," (HAC Report) are congressional records. This remains a disputed issue between the parties, and therefore the parties propose the following briefing schedule to resolve the issue of whether the HAC Report is a congressional record.

- NSA will file its motion for summary judgment by August 2, 2024.

- Plaintiff will file her opposition and counter motion by September 11, 2024.

- NSA will file its opposition and reply by September 25, 2024.

- Plaintiff will file her reply by October 2, 2024.

  DATED this 9th day of July, 2024.

TESSA M. GORMAN
United States Attorney

*s/ Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA # 47712
NICKOLAS BOHL, WSBA# 48978
Assistant United States Attorneys
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
Email: katie.fairchild@usdoj.gov
Email: nickolas.bohl@usdoj.gov

*Attorneys for Defendants*

I certify that this memorandum contains 192 words, in compliance with the Local Rules

DAVIS WRIGHT TREMAINE LLP

*s/ Caesar Kalinowski IV*
CAESAR KALINOWSKI IV, WSBA #52650
DAVID NORDLINGER, WSBA #59545
920 5th Avenue, Suite 3300
Seattle, WA 98104-1610
Phone: (206) 622-3150
Fax:    (206) 757-7700
Email: caesarkalinowski@dwt.com
Email: davidnordlinger@dwt.com

Thomas R. Burke*
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Phone: (415) 276-6500
Fax:    (415) 276-6599
Email: thomasburke@dwt.com
*pro hac vice*

*Attorneys for Plaintiff Michelle J. Kinnucan*

JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE
[Case No. 2:20-cv-01309-MJP] – 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**ORDER**

**IT IS SO ORDERED**.


Dated this _____ day of _____, 2024.


_____
MARSHA J. PECHMAN
United States District Judge

JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE
[Case No. 2:20-cv-01309-MJP] – 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970