The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE J. KINNUCAN,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:20-cv-1309-MJP<br><br>STIPULATED MOTION AND [PROPOSED] ORDER SETTING CROSS-BRIEFING SCHEDULE<br><br>NOTED FOR CONSIDERATION:<br>August 13, 2024 |

**STIPULATED MOTION FOR CROSS-BRIEFING SCHEDULE**

Following the recent status conference and pursuant to LCR 7(k) the parties hereby jointly agree and stipulate to the following cross-motion summary judgment briefing schedule for resolving the remaining issue in this case, i.e., whether volumes I and II of the House Appropriations Committee (HAC) Report are congressional documents or NSA records subject to FOIA. The parties respectfully request that this Court enter the following schedule.

STIPULED MOTION AND [PROPOSED] ORDER SETTING CROSS-BRIEFING SCHEDULE
2:20-cv-1309-MJP – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Event | Proposed Deadline |
|---|---|
| NSA's Motion for Summary Judgment | August 14, 2024 |
| Kinnucan's Combined Opposition and Cross-Motion for Summary Judgment | September 13, 2024 |
| NSA's Combined Opposition and Reply in Support of Summary Judgment | September 27, 2024 |
| Kinnucan's Reply | October 11, 2024 |

IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

DATED this 13th day of August, 2024.

TESSA M. GORMAN
United States Attorney

s/ Katie D. Fairchild
KATIE D. FAIRCHILD, WSBA # 47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: katie.fairchild@usdoj.gov

*Attorneys for Defendants*

I certify that this memorandum contains 103 words, in compliance with the Local Rules

DAVIS WRIGHT TREMAINE LLP

s/ Caesar Kalinowski IV
CAESAR KALINOWSKI IV, WSBA #52650
DAVID NORDLINGER, WSBA #59545
920 5th Avenue, Suite 3300
Seattle, WA 98104-1610
Phone: (206) 622-3150
Fax: (206) 757-7700
Email: caesarkalinowski@dwt.com
Email: davidnordlinger@dwt.com

Thomas R. Burke*
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500
Fax: (415) 276-6599
Email: thomasburke@dwt.com
*pro hac vice*

*Attorneys for Plaintiff Michelle J. Kinnucan*

STIPULED MOTION AND [PROPOSED] ORDER SETTING CROSS-BRIEFING SCHEDULE
2:20-cv-1309-MJP – 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

**IT IS SO ORDERED**.

Dated this 14th day of August, 2024.

*[signature]*

MARSHA J. PECHMAN
United States Senior District Judge

STIPULED MOTION AND [PROPOSED] ORDER SETTING CROSS-BRIEFING SCHEDULE
2:20-cv-1309-MJP – 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970