The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE J. KINNUCAN,<br><br>                 Plaintiff,<br><br>    v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>                 Defendants. | Case No. 2:20-cv-01309-MJP<br><br>[PROPOSED] ORDER GRANTING NATIONAL SECURITY AGENCY'S MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed the pleadings and materials in the case, it is hereby ORDERED that:

National Security Agency's (NSA) Motion for Summary Judgment is GRANTED.

DATED this _____ day of _____, 2024.

_____
MARSHA J. PECHMAN
United States District Judge

[PROPOSED] ORDER GRANTING NATIONAL SECURITY AGENCY'S
MOTION FOR SUMMARY JUDGMENT
[Case No. 2:20-cv-01309-MJP] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1  TESSA M. GORMAN
   United States Attorney
2
   *s/ Katie D. Fairchild*
3  KATIE D. FAIRCHILD, WSBA #47712
   Assistant United States Attorney
4  United States Attorney's Office
   700 Stewart Street, Suite 5220
5  Seattle, Washington 98101-1271
   Phone: 206-553-4358
6  Fax: 206-553-4067
   Email: katie.fairchild@usdoj.gov
7
   *Attorneys for Defendants*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24