# Exhibit C



NATIONAL SECURITY AGENCY
FORT GEORGE G. MEADE, MARYLAND 20755-6000

FOIA Case: 106371
14 March 2019

MUCKROCK NEWS
DEPT MR 69086
411A HIGHLAND AVE
SOMERVILLE MA 02144

Dear Ms. Kinnucan:

    This is an interim response to your Freedom of Information Act (FOIA) request dated 18 February 2019, which was received by this office on 19 February 2019, for "both volumes I and II of "A Report to the Committee on Appropriations - U.S. House of Representatives on the Effectiveness of the Worldwide Communications Systems and Networks of the DoD, U.S.S. Liberty Incident." This letter acknowledges that we have received your request and provides some administrative information. As previously stated, your request has been assigned Case Number 106371.

    We have completed our search for records responsive to your request. The material responsive to your request requires review prior to release and has been placed in the first-in, first-out processing backlog queue. Please be aware, there are a significant number of cases ahead of yours in the backlog queue. We appreciate your patience with our efforts to treat all requesters fairly by responding to each on a "first-in, first-out" basis.

    Correspondence related to your request should include the case number assigned to your request, which is included in the first paragraph of this letter. Your letter should be addressed to National Security Agency, FOIA Office (P132), 9800 Savage Road STE 6932, Ft. George G. Meade, MD 20755-6932 or may be sent by facsimile to 443-479-3612. If sent by fax, it should be marked for the attention of the FOIA office. The telephone number of the FOIA office is 301-688-6527.

Sincerely,

JOHN R. CHAPMAN
Chief
FOIA/PA Office