# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MICHELLE J. KINNUCAN,<br><br>     Plaintiff,<br><br> v.<br><br>NATIONAL SECURITY AGENCY;<br>CENTRAL INTELLIGENCE<br>AGENCY; DEFENSE<br>INTELLIGENCE AGENCY; and<br>DEPARTMENT OF DEFENSE,<br><br>     Defendants. | **AMENDED JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C20-1309 MJP |

\_\_ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's Cross-Motion for Summary Judgment is DENIED; Defendants' Cross-Motion for Summary Judgment is GRANTED; and summary judgment is entered in Defendants' favor on Plaintiff's claim related to the HAC Report. The prior judgment entered in Defendants' favor remains otherwise unchanged. (Dkt. No. 69.)

\\

Dated November 21, 2024.

Ravi Subramanian
Clerk of Court

s/ Kathleen Albert
Deputy Clerk